FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0352

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0352

_____

IN THE MATTER OF THE ESTATE OF:

GARY ALLEN COOPER,                                              O R D E R

     Deceased.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael G. Moses, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 16 2020